UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:19-CV-2639-X |
| v. | § § | |
| USPLABS, LLC, JACOBO GEISSLER, JONATHAN DOYLE, MODERN SPORTS NUTRITION, LLC and DOES 1–100, | § § § § § § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 90]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Hi-Tech summary judgment on all Modern Sports's counterclaims and a declaratory judgment of non-infringement of the MODERN BCAA mark. The Court **DENIES** Hi-Tech a declaratory judgment that the MODERN BCAA mark is invalid and U.S. Registration No. 4,324,549 should be cancelled. And the Court **DENIES** Hi-Tech's request for default judgment and the

striking of Modern Sports's pleadings and **PARTIALLY GRANTS** Hi-Tech's request for attorneys' fees under Rule 37(b).

Therefore, the Court **ORDERS** Hi-Tech to file an affidavit with supporting evidence setting forth the amount of fees to be awarded within fourteen (14) days.

**IT IS SO ORDERED** this 16th day of December 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE